# United States Court of Appeals for the Federal Circuit

## 2012-1037:  ELI LILLY V APP PHARMA

Lead Case:  2011-1561

U.S. District Court
District of Delaware
Chief Judge Gregory M. Sleet

Lower Court/Agency #:  11-CV-0628
Nature of Suit:  830
Case Type:  Civil Private
DCT Type:  Infringement
Basis of Jurisdiction:  Federal Question

Notice of Appeal and Certified List Received:  10/28/2011
Notice of Appeal Filed:  10/20/2011
Docketed and Notice Sent to Parties:  10/28/2011
Certified List Filed:  10/28/2011

Fee Paid:  10/20/2011
Fee Amount:  455.00     Receipt No:  962785

| **Date** | **Event Summary** |
|---|---|
| | Nothing Due |
| | Appellant Principal Brief Filing Date |
| | Appellee or Cross Appellant Principal Brief Filing Date |
| | Appellant Reply Brief Filing Date |
| | Appellee or Cross Appellant Reply Brief Filing Date |
| | Appendix Filing Date |
| | Oral Argument Date/Calendared |
| 08/24/2012 | Disposition:  Affirmed; Panel |
| 12/03/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2012-1037:  ELI LILLY V APP PHARMA

### List of Parties/Representation

**Party Type/Name**       **Represented by**

**Plaintiff-Appellee**

Eli Lilly and Company
Trustees of Princeton University

    Bruce R. Genderson
      Williams & Connolly LLP
      725 12th Street, N.W.
      Washington, DC  20005-5901
      Phone #: (202)434-5000
      Fax #: (202)434-5029
      Email: bgenderson@wc.com
      Bar admit: 01/31/2002
      EOA Filed: 11/14/2011
      Principal Attorney

    Dov Philip Grossman
      Williams & Connolly LLP
      Email: dgrossman@wc.com
      Bar admit: 02/05/2004
      EOA Filed: 11/14/2011

    David Milton Krinsky
      Williams & Connolly LLP
      Email: dkrinsky@wc.com
      Bar admit: 01/07/2008
      EOA Filed: 11/14/2011

    Ellen E. Oberwetter
      Williams & Connolly LLP
      Email: eoberwetter@wc.com
      Bar admit: 09/19/2011
      EOA Filed: 11/14/2011

# United States Court of Appeals for the Federal Circuit

## 2012-1037:  ELI LILLY V APP PHARMA

| Party Type/Name | Represented by |
|---|---|
|  | Adam L. Perlman<br>　Williams & Connolly LLP<br>　Email: aperlman@wc.com<br>　Bar admit: 07/24/2008<br>　EOA Filed: 11/14/2011 |
| **Defendant-Appellant** |  |
| APP Pharmaceuticals, LLC | Daryl L. Wiesen<br>　Goodwin Procter LLP<br>　53 State Street<br>　Exchange Place<br>　Boston, MA  02109-2881<br>　Phone #: (617)570-1396<br>　Fax #: (617)523-1231<br>　Email: dwiesen@goodwinprocter.com<br>　Bar admit: 10/09/2001<br>　EOA Filed: 11/14/2011<br>　Principal Attorney<br><br>John C. Englander<br>　Goodwin Procter LLP<br>　Email: jenglander@goodwinprocter.com<br>　Bar admit: 01/10/1994<br>　EOA Filed: 11/14/2011<br><br>Emily L. Rapalino<br>　Goodwin Procter LLP<br>　Email: erapalino@goodwinprocter.com<br>　Bar admit: 07/31/2007<br>　EOA Filed: 11/14/2011 |

# United States Court of Appeals for the Federal Circuit

## 2012-1037:  ELI LILLY V APP PHARMA

| Party Type/Name | Represented by |
|---|---|
| | Michael B. Cottler<br>  Goodwin Procter LLP<br>  620 Eighth Avenue<br>  The New York Times Building<br>  New York, NY  10018-1405<br>  Phone #: (212)459-7246<br>  Fax #: (212)355-3333<br>  Email: mcottler@goodwinprocter.com<br>  Bar admit: 01/11/2010<br>  EOA Filed: 11/14/2011<br><br>Eric Harold Yecies<br>  Goodwin Procter LLP<br>  Bar admit: 12/22/2006<br>  EOA Filed: 11/14/2011 |

# United States Court of Appeals for the Federal Circuit

## 2012-1037: ELI LILLY V APP PHARMA

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 10/28/2011 | F | 1 | Appeal docketed on 10/28/2011.  Consolidated with lead appeal 2011-1561. EOD(10/28/2011 by SJ)  2012-1037<br><br>See lead appeal 2011-1561 for further entries. |
| 10/28/2011 | O | 2 | Official Caption.  Court Service - 10/28/11.  Filed: 10/28/11. REV(10/28/11 by SJ)  2012-1037 |
| 10/28/2011 | M | 3 | Appellant [APP Pharmaceuticals, LLC] - Letter (treated as a motion) requesting consolidation with appeal 2011-1561, -1562. [NPF]  Mail Service - 10/25/11. Filed: 10/26/11. On consent. Action on Motion (18): Motion granted. The revised official caption is reflected in the order. by Clerk. Filed: 11/29/11. EOD(10/28/11 by SJ)  REV(11/29/11 by LS)  2012-1037 |
| 11/15/2011 | O | 4 | Entry of Appearance for Daryl L. Wiesen as principal counsel on behalf of the appellant, APP Pharmaceuticals, LLC.  Mail Service - 11/11/11.  Filed: 11/14/11. REV(11/16/11 by SCN) 2012-1037 |
| 11/15/2011 | O | 5 | Entry of Appearance for Eric H. Yecies as counsel on behalf of the appellant, APP Pharmaceuticals, LLC.  Mail Service - 11/11/11.  Filed: 11/14/11. REV(11/16/11 by SCN)  2012-1037 |
| 11/15/2011 | O | 6 | Entry of Appearance for John C. Englander as counsel on behalf of the appellant, APP Pharmaceuticals, LLC.  Mail Service - 11/11/11.  Filed: 11/14/11. REV(11/16/11 by SCN)  2012-1037 |
| 11/15/2011 | O | 7 | Entry of Appearance for Emily L. Rapalino as counsel on behalf of the appellant, APP Pharmaceuticals, LLC.  Mail Service - 11/11/11.  Filed: 11/14/11. REV(11/16/11 by SCN)  2012-1037 |
| 11/15/2011 | O | 8 | Entry of Appearance for Michael B. Cottler as counsel on behalf of the appellant, APP Pharmaceuticals, LLC.  Mail Service - 11/11/11.  Filed: 11/14/11. REV(11/16/11 by SCN) 2012-1037 |
| 11/15/2011 | O | 9 | Docketing Statement for the appellant, APP Pharmaceuticals, LLC.  Mail Service - 11/11/11.  Filed: 11/14/11. REV(11/15/11 by EO)  2012-1037 |

# United States Court of Appeals for the Federal Circuit

## 2012-1037: ELI LILLY V APP PHARMA

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 11/15/2011 | O | 10 | Certificate of Interest for APP Pharmaceuticals, LLC.  Mail Service - 11/11/11.  Filed: 11/14/11. REV(11/16/11 by SCN) 2012-1037 |
| 11/18/2011 | O | 11 | Entry of appearance for David M. Krinsky as co counsel on behalf of the appellee, Eli Lilly and Company et al.  Mail Service - 11/14/11.  Filed: 11/14/11. REV(11/21/11 by SCN) 2012-1037 |
| 11/18/2011 | O | 12 | Entry of appearance for Dov P. Grossman as co counsel on behalf of the appellee, Eli Lilly and Company et al.  Mail Service - 11/14/11.  Filed: 11/14/11. REV(11/21/11 by SCN) 2012-1037 |
| 11/18/2011 | O | 13 | Entry of appearance for Ellen E. Oberwetter as co counsel on behalf of the appellee, Eli Lilly and Company et al.  Mail Service - 11/14/11.  Filed: 11/14/11. REV(11/21/11 by SCN) 2012-1037 |
| 11/18/2011 | O | 14 | Entry of appearance for Adam L. Perlman as co counsel on behalf of the appellee, Eli Lilly and Company et al.  Mail Service - 11/14/11.  Filed: 11/14/11. REV(11/21/11 by SCN) 2012-1037 |
| 11/18/2011 | O | 15 | Entry of appearance for Bruce R. Genderson as principal counsel on behalf of the appellee, Eli Lilly and Company et al.  Mail Service - 11/14/11.  Filed: 11/14/11. REV(11/21/11 by SCN)  2012-1037 |
| 11/18/2011 | O | 16 | Certificate of interest from the appellee, Eli Lilly and Company et al.  Mail Service - 11/14/11.  Filed: 11/14/11. REV(11/21/11 by SCN)  2012-1037 |
| 11/18/2011 | O | 17 | Docketing statement for the appellee, Eli Lilly and Company et al.  Mail Service - 11/14/11.  Filed: 11/14/11. REV(11/18/11 by LAW)  2012-1037 |
| 11/29/2011 | O | 19 | For further entries, see lead appeal 2011-1561.  No Service Required.  Entered: 11/29/11. REV(11/29/11 by LB)  2012-1037 |
| 08/24/2012 | D | 20 | Disposition: Affirmed by Panel. Precedential Opinion by: J. Lourie. Judgment Entered: 08/24/12. Costs against Appellant. Opinion sent to parties: 08/24/12. Filed: 08/24/12. Mandate issued to the DCT: 12/03/12. REV (12/03/12 by CLT) 2012-1037 |